UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

v.                                               Case No. 2:06-cr-05

JOHN ALBERT LARSON,             HON. R. ALLAN EDGAR

      Defendant.
_____/

## **ORDER OF DETENTION**

      Defendant appeared before the undersigned on February 14, 2006, for arraignment on an indictment charging him with Sexual Abuse of a Minor.  At that time, the court was advised that defendant is currently serving a sentence for a state conviction with the Michigan Department of Corrections and that he did not oppose detention.  Accordingly, defendant will be detained pending further proceedings.  Defendant may request a detention hearing at a later date.

      Therefore, IT IS HEREBY ORDERED that the defendant shall be committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.  On order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections

facility shall deliver the defendant to the United States Marshal for the purpose of an appearance in connection with a court proceeding.

       IT IS SO ORDERED.

                                      /s/ Timothy P. Greeley
                                      TIMOTHY P. GREELEY
                                      UNITED STATES MAGISTRATE JUDGE

Dated: February 14, 2006